UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>)<br>DONALD L. HAVERMANN )<br>)<br>)<br>TO BE ADMITTED TO THE UNITED STATES )<br>DISTRICT COURT FOR THE NORTHERN )<br>DISTRICT OF NEW YORK ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, __DONALD L. HAVERMANN__ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
 Rood v. New York State Teamsters Conference Pension & Retirement Fund, et al.  .

IT IS SO ORDERED

Dated :  July 2, 2013

*Andrew T. Baxter*
**Andrew T. Baxter**
**U.S. Magistrate Judge**