UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF )
)
DONALD L. HAVERMANN ) ORDER
)
)
TO BE ADMITTED TO THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )

---

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, __DONALD L. HAVERMANN__ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
__Rood v. New York State Teamsters Conference Pension & Retirement Fund, et al.__ .

IT IS SO ORDERED

Dated : __July 2, 2013__

*signature*
**Andrew T. Baxter**
**U.S. Magistrate Judge**